Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−23591−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jonathan P. Baker
    aka Jon Baker
    8 Quaker Road
    Green Township, NJ 07821

Social Security No.:
    xxx−xx−1332

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/17/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: December 17, 2018
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-23591-JKS
Jonathan P. Baker                                               Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 3          Date Rcvd: Dec 17, 2018
                             Form ID: 148          Total Noticed: 72


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
```
db         +Jonathan P. Baker,    8 Quaker Road,   Green Township, NJ 07821-2306
aty        +Phelan Hallianan Diamond & Jones,    400 Fellowship Rd,   Mt. Laurel, NJ 08054-3437
cr         +JPMORGAN CHASE BANK, N.A.,    c/o Winston & Winston, P.C.,
             708Third Avenue, 5th Floor, Suite 142,   New York, NY 10017-4201
cr         +Meyner and Landis LLP,    One Gateway Center,   One Gateway Center,   Newark, NJ 07102-5384
cr         +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    RAS CITRON, LLC,   130 CLINTON ROAD, SUITE 202,
             Fairfield, NJ 07004-2927
cr         +Nicola G. Suglia, Esquire c/o De Lage Landen Finan,    Fleischer, Fleischer & Suglia, P.C.,
             601 Route 73 North, Suite 305,   Marlton, NJ 08053,   UNITED STATES 08053-3475
cr         +Sneider and Sons, LLC,    127 Sally Harden Road,   Wantage, NJ 07461-3831
517632137  +8 Quaker Road LLC,    8 Quaker Road,   Andover, NJ 07821-2306
517632135  +Afif K. Mohammed,    1080 Oakcroft Lane,   Somerset, NJ 08873-1679
517632139  +Arley Farms LLC,    38 Quaker Road,   Andover, NJ 07821-2306
517632157   B&B Law Group,   ATTN Bryan Buffalino,    112 Main Route, Suite 4,   Montville, NJ 07045
517632140  +BSG Madison Inc.,    10 Quaker Road,   Andover, NJ 07821-2306
517632171  +Bevan, Mosca, & Giuditta, P.C.,    ATTN John D. Coyle, Esq.,    222 Mt Airy Rd, Suite 200,
             Basking Ridge, NJ 07920-2335
517632151  +Corporation Service Company,    PO Box 2576,   Springfield, IL 62708-2576
517632136  +Davide Moreira,    11 Walker Avenue,   Succasunna, NJ 07876-1313
517632150  +De Lage Landen Financial Services, Inc.,    1111 Old Eagle School Road,   Wayne, PA 19087-1453
517632147  +Edward M. Conklin,    5 Holbrook Street,   Port Jervis, NY 12771-2822
517632173  +Einhorn, Harris, Ascher,,   Barbarito & Frost,    ATTN Timothy J. Ford, Esq.,
             165 E Main Street,   Denville, NJ 07834-2618
517632149  +Fleischer, Fleischer, & Suglia,    ATTN Jaclyn Scarduzio Dopke, Esq.,    Four Greentree Centre,
             601 Route 73 North Suite 305,   Marlton, NJ 08053-3475
517632130   Frank A. Bilotta,   PO Box 446,    Martins Creek, PA 18063-0946
517632128  +HBI Capital Partners LLC,    270 Sparta Avenue,   Suite 104 PMB 389,   Sparta, NJ 07871-1122
517632127  +Hudson Black Inc.,    270 Sparta Avenue,   Suite 104 PMB 389,   Sparta, NJ 07871-1122
517632158  +INFRCON Inc.,    127 Sally Hardin Road,   Wantage, NJ 07461-3831
517632160  +Jason A. Sneider,    127 Sally Hardin Road,   Wantage, NJ 07461-3831
517632161  +Jason A. Sneider & Sons LLC,    Sneider & Sons LLC,   127 Sally Hardin Road,
             Wantage, NJ 07461-3831
517632134  +John K. Meena,    3 Tulip Avenue,   Budd Lake, NJ 07828-2908
517755200  +Jordan A. Klega-Fischer,    256 Palmer Road,   Bangor, PA 18013-9278
517632132  #+Jordan A. Klega-Fischer,    6563 Martins Creek Belvidere Hwy,    Bangor, PA 18013-4919
517695414  +Kubota Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
517632163   Kubota Credit Corporation, U.S.A.,    PO Box 0559,   Carol Stream, IL 60132-0559
517632129  +Kwality Builders LLC,    270 Sparta Avenue,   Suite 104 PMB 389,   Sparta, NJ 07871-1122
517632164  +Lois Eckler,    201 N Catharine Street,   Milford, PA 18337-1419
517632174  +Meyner & Landis,    ATTN Scott McCleary, Esq.,    1 Gateway Center,   Suite 2500,
             Newark, NJ 07102-5396
517740674  +Meyner and Landis LLC,    One Gateway Center,   Suite 2500,   Newark NJ 07102-5396
517632165   Mr. Cooper f/kla Nationstar,    PO Box 650783,   Dallas, TX 75265-0783
517712101  +Nationstar Mortgage LLC d/b/a Mr. Cooper,    ATTN: Bankruptcy Dept,    PO Box 619096,
             Dallas TX 75261-9096
517632155  +Oakmont Capital Services,    PO Box 750,   Albany, MN 56307-0750
517632153  +Oakmont Capital Services, LLC,    1398 Wilmington Pike Unit 200,   West Chester, PA 19382-8218
517632154  +Oakmont Email Capital,    1398 Wilmington Pike,   West Chester, PA 19382-8218
517632166  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: NJ Division of Taxation,    Bankruptcy Unit,
             50 Barrack St, 9th Fl. POB 245,   Trenton, NJ 08695-0245)
517632131  +Shane A. Flyte,    350 True Blue Road,   Bangor, PA 18013-9106
517632152  +Stearns Bank N.A.,    500 13th Street,   PO Box 750,   Albany, MN 56307-0750
517632133  +Steven Lambiase,    76 Ridge Road,   Nutley, NJ 07110-2026
517632156  +Swift Financial Corporation,    3505 Silverside, Suite 200,   Wilmington, DE 19810-4905
517695419  +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,   PO Box 9013,
             Addison, Texas 75001-9013
517719150   U.S. Bank NA dba Elan Financial Services,    Bankruptcy Department,   PO Box 108,
             St. Louis MO 63166-0108
517632170  +William J. Saks,    12 Mountain View Drive,   Andover, NJ 07821-2119
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov Dec 18 2018 00:14:06    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 18 2018 00:14:02    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517632138   EDI: AMEREXPR.COM Dec 18 2018 04:43:00    American Express Customer Service,   PO Box 360001,
             Ft Lauderdale, FL 33336-0001
517744364   EDI: BECKLEE.COM Dec 18 2018 04:43:00    American Express National Bank,
             c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
517744465   EDI: BECKLEE.COM Dec 18 2018 04:43:00    American Express Travel Related Services Company,,
             Inc.,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
```

```
District/off: 0312-2            User: admin               Page 2 of 3            Date Rcvd: Dec 17, 2018
                               Form ID: 148               Total Noticed: 72
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
517749542         EDI: BL-BECKET.COM Dec 18 2018 04:48:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                  PO Box 3001,   Malvern PA 19355-0701
517632143         EDI: CAUT.COM Dec 18 2018 04:43:00      Chase Auto Finance,   PO Box 901076,
                  Fort Worth, TX 76101-2076
517632141        +EDI: CHASE.COM Dec 18 2018 04:43:00      Chase Card Services,   PO Box 15298,
                  Wilmington, DE 19850-5298
517632142         EDI: CHASE.COM Dec 18 2018 04:43:00      Chase Cardmember Services,   PO Box 94014,
                  Palatine, IL 60094-4014
517632144         EDI: RCSFNBMARIN.COM Dec 18 2018 04:43:00      Credit One Bank,   ATTN Bankruptcy Department,
                  PO Box 98873,   Las Vegas, NV 89193-8873
517632145         E-mail/Text: bankruptcy@dcu.org Dec 18 2018 00:14:52      Digital Federal Credit Union,
                  220 Donald lynch Boulevard,   Marlborough, MA 01752-9130
517632146         EDI: DISCOVER.COM Dec 18 2018 04:43:00      Discover Financial Services,   PO Box 15316,
                  Wilmington, DE 19850
517632172        +E-mail/Text: ljohnson@denbeauxlaw.com Dec 18 2018 00:14:58      Denbeaux & Denbeaux,
                  ATTN Joshua Denbeaux, Esq.,   366 Kinderkamack Road,   Westwood, NJ 07675-1675
517643938         EDI: DISCOVER.COM Dec 18 2018 04:43:00      Discover Bank,   Discover Products Inc,
                  PO Box 3025,   New Albany, OH 43054-3025
517632159         EDI: IRS.COM Dec 18 2018 04:44:00      IRS,   Centralized Insolvency Operations,   PO Box 7346,
                  Philadelphia, PA 19101-7346
517692638        +EDI: CAUT.COM Dec 18 2018 04:43:00      JPMorgan Chase Bank, N.A.,   PO Box 29505 AZ1-1191,
                  Phoenix, AZ 85038-9505
517632162         EDI: CBSKOHLS.COM Dec 18 2018 04:43:00      Kohl's Payment Center,   PO Box 30510,
                  Los Angeles, CA 90030-0510
517723249         EDI: RESURGENT.COM Dec 18 2018 04:43:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of MHC Receivables, LLC and,   FNBM, LLC,   Resurgent Capital Services,
                  PO Box 10587,   Greenville, SC 29603-0587
517632167         EDI: RMSC.COM Dec 18 2018 04:44:00      Paypal Credit,   PO Box 960080,   Orlando, FL 32896-0080
517756875        +E-mail/Text: bncmail@w-legal.com Dec 18 2018 00:14:14      SYNCHRONY BANK,
                  c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
517632168         EDI: TFSR.COM Dec 18 2018 04:43:00      Toyota Financial Services,   PO Box 8026,
                  Cedar Rapids, lA 52409-8026
517632148         EDI: USBANKARS.COM Dec 18 2018 04:43:00      Elan Financial Services,
                  Consumer Recovery Department,   PO Box 108,   Saint Louis, MO 63166-0108
517746267        +EDI: AIS.COM Dec 18 2018 04:43:00      Verizon,   by American InfoSource as agent,
                  4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517693590        +EDI: WFFC.COM Dec 18 2018 04:43:00      Wells Fargo Bank, N.A.,   Default Document Processing,
                  N9286-01Y,   1000 Blue Gentian Road,   Eagan, MN 55121-1663
517632169         EDI: WFFC.COM Dec 18 2018 04:43:00      Wells Fargo Home Mortgage,   PO Box 10335,
                  Des Moines, IA 50306-0335
                                                                                  TOTAL: 25
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517755135*       +Hudson Black, Inc.,   270 Sparta Ave.,   Suite 104 PMB 389,   Sparta, NJ 07871-1122
                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 3 of 3           Date Rcvd: Dec 17, 2018
                              Form ID: 148             Total Noticed: 72
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:

```
              Aleksander P. Powietrzynski   on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
                 alex@winstonandwinston.com
              Charles G. Wohlrab   on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@logs.com,
                 njbankruptcynotifications@logs.com
              Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
                 bkgroup@kmllawgroup.com
              Herbert K. Ryder   on behalf of Creditor Afif  Mohammed hryder@hkryderlaw.com,
                 G16776@notify.cincompass.com
              Herbert K. Ryder   on behalf of Creditor Jordan  Klega-Fischer hryder@hkryderlaw.com,
                 G16776@notify.cincompass.com
              Herbert K. Ryder   on behalf of Creditor Steve  Lambiase hryder@hkryderlaw.com,
                 G16776@notify.cincompass.com
              Herbert K. Ryder   on behalf of Creditor John  Meena hryder@hkryderlaw.com,
                 G16776@notify.cincompass.com
              Herbert K. Ryder   on behalf of Creditor   Hudson Black, Inc. hryder@hkryderlaw.com,
                 G16776@notify.cincompass.com
              Herbert K. Ryder   on behalf of Creditor Davide  Moreira hryder@hkryderlaw.com,
                 G16776@notify.cincompass.com
              Herbert K. Ryder   on behalf of Creditor Shane  Flyte hryder@hkryderlaw.com,
                 G16776@notify.cincompass.com
              Herbert K. Ryder   on behalf of Creditor Frank  Bilotta hryder@hkryderlaw.com,
                 G16776@notify.cincompass.com
              Laura M. Egerman   on behalf of Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
                 bkyecf@rasflaw.com,  bkyecf@rasflaw.com;legerman@rasnj.com
              Linda T. Snyder   on behalf of Creditor   Meyner and Landis LLP lsnyder@meyner.com
              Marie-Ann  Greenberg  magecf@magtrustee.com
              Nicola G. Suglia   on behalf of Creditor   Nicola G. Suglia, Esquire c/o De Lage Landen Financial
                 Services, Inc. nsuglia@fleischerlaw.com
              Rebecca Ann Solarz   on behalf of Creditor   Toyota Lease Trust rsolarz@kmllawgroup.com
              Scott J. Goldstein   on behalf of Debtor Jonathan P. Baker sjg@sgoldsteinlaw.com,
                 cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein   on behalf of Plaintiff   Sneider and Sons, LLC sjg@sgoldsteinlaw.com,
                 cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein   on behalf of Plaintiff   J.A. Sneider  & Sons, LLC sjg@sgoldsteinlaw.com,
                 cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein   on behalf of Plaintiff   Infracon, Inc. sjg@sgoldsteinlaw.com,
                 cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein   on behalf of Creditor   Sneider and Sons, LLC sjg@sgoldsteinlaw.com,
                 cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein   on behalf of Plaintiff Jason A Sneider sjg@sgoldsteinlaw.com,
                 cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Sindi  Mncina   on  behalf  of  Creditor   NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
                 smncina@rascrane.com
              Stephen B. McNally   on behalf of Debtor Jonathan P. Baker steve@mcnallylawllc.com,
                 jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 25
```