| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on December 17, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey<br><br>Case No.:  18-23591 |
| IN RE:<br>     JONATHAN P. BAKER | Hearing Date:  12/13/2018<br><br>Judge:  JOHN K. SHERWOOD |

## ORDER DENYING CONFIRMATION AND DISMISSING PETITION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: December 17, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

1

Debtor(s):  JONATHAN P. BAKER

Case No.:  18-23591JKS

Caption of Order:  Order Denying Confirmation and Dismissing Petition

---

THIS MATTER having come before the Court on 12/13/2018 for a Confirmation Hearing of the Debtor(s)' Chapter 13 Plan, and the Court having considered the Chapter 13 Standing Trustee's report and good and sufficient cause having been shown, it is hereby

ORDERED AND DIRECTED, that the Confirmation of Debtor(s)' Chapter 13 Plan is hereby denied; and it is further

ORDERED AND DIRECTED, that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder be and they hereby are dismissed without prejudice; and it is further

ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions,  except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-23591-JKS
Jonathan P. Baker                                                         Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2        Date Rcvd: Dec 17, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
db             +Jonathan P. Baker,    8 Quaker Road,    Green Township, NJ 07821-2306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
              Aleksander P. Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
               alex@winstonandwinston.com
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert K. Ryder    on behalf of Creditor Jordan  Klega-Fischer hryder@hkryderlaw.com,
               G16776@notify.cincompass.com
              Herbert K. Ryder    on behalf of Creditor Steve  Lambiase hryder@hkryderlaw.com,
               G16776@notify.cincompass.com
              Herbert K. Ryder    on behalf of Creditor John  Meena hryder@hkryderlaw.com,
               G16776@notify.cincompass.com
              Herbert K. Ryder    on behalf of Creditor    Hudson Black, Inc. hryder@hkryderlaw.com,
               G16776@notify.cincompass.com
              Herbert K. Ryder    on behalf of Creditor Davide  Moreira hryder@hkryderlaw.com,
               G16776@notify.cincompass.com
              Herbert K. Ryder    on behalf of Creditor Shane  Flyte hryder@hkryderlaw.com,
               G16776@notify.cincompass.com
              Herbert K. Ryder    on behalf of Creditor Frank  Bilotta hryder@hkryderlaw.com,
               G16776@notify.cincompass.com
              Herbert K. Ryder    on behalf of Creditor Afif  Mohammed hryder@hkryderlaw.com,
               G16776@notify.cincompass.com
              Laura M. Egerman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
              Linda T. Snyder    on behalf of Creditor    Meyner and Landis LLP lsnyder@meyner.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicola G. Suglia    on behalf of Creditor    Nicola G. Suglia, Esquire c/o De Lage Landen Financial
               Services, Inc. nsuglia@fleischerlaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Scott J. Goldstein    on behalf of Plaintiff    J.A. Sneider & Sons, LLC sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Plaintiff    Infracon, Inc. sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Creditor    Sneider and Sons, LLC sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Plaintiff Jason A Sneider sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Debtor Jonathan P. Baker sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com
              Scott J. Goldstein    on behalf of Plaintiff    Sneider and Sons, LLC sjg@sgoldsteinlaw.com,
               cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;G31979@notify.cincompass.com

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Dec 17, 2018
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Sindi   Mncina    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER smncina@rascrane.com
          Stephen B. McNally    on behalf of Debtor Jonathan P. Baker steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                          TOTAL: 25