Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.:  18−23591−JKS
                      Chapter:  13
                      Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jonathan P. Baker
   aka Jon Baker
   8 Quaker Road
   Green Township, NJ 07821

Social Security No.:
   xxx−xx−1332

Employer's Tax I.D. No.:

**FINAL DECREE**

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 9, 2019</u>               <u>John K. Sherwood</u>
                                       Judge, United States Bankruptcy Court